## No. 5760.

### BARNEY GOLDEN VS. CHARLES MORGAN.

When there is no proof of fault or negligence on the part of a railway company, nor of negligence or want of skill of the engineer or any other employee of the railway, a servant of the railway injured by an accident thereto has no claim upon his master therefor.

All who are employed in operating a railway are fellow-servants of a common master, and where one of them seeks to hold his master liable for an injury, caused by the fault or negligence or want of skill of a fellow-servant, he must prove negligence of the master in employing an unskilful servant.

A master is bound to exercise care and diligence and good judgment in selecting servants of skill, prudence, and knowledge of their special business, so that injury may not reasonably occur, and having done that, one of them cannot hold him responsible for injury.

APPEAL from the Fourth District Court of New Orleans. LYNCH, J.

*Blanc* for Plaintiff. *Leory & Kruttschnitt* for Defendant Appellant.

MARR, J., delivered the opinion, setting aside the verdict of the jury and reversing the judgment.